UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| MARY STEPHANIE HOOD, | : | |
| | : | Chapter 13 |
| Debtor. | : | Bankruptcy Case No. 16-15614-sr |
| | : | |
| Discover Bank, | : | |
| Movant, | : | 11 U.S.C. §1301 |
| v. | : | |
| | : | |
| MARY STEPHANIE HOOD, | : | |
| Debtor, | : | |
| | : | |
| FREDERICK L. REIGLE, Trustee, | : | |
| Additional Respondent. | : | |

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

Discover Bank ("Discover"), having moved for relief from the co-debtor stay as provided in 11 U.S.C. §1301(a) with respect to a non-bankrupt co-obligor of student loan debt entered into by non-bankrupt co-obligor Leah E. Scandlen as primary borrower and the debtor Mary Stephanie Hood as co-borrower; and Discover and the Debtor having stipulated to entry of this Order, and the Trustee having signified his non-objection to the relief sought therein; and the Court noting the agreement of the parties, having found good cause to enter this Order.

**IT IS ORDERED** that the automatic stay provided in 11 U.S.C. §1301(a) is hereby vacated on consent with respect to Discover's rights and remedies vis-à-vis the non-bankrupt co-obligor Mary Stephanie Hood with respect to the subject student loan obligations.

Dated: **December 1, 2016**

_____
JUDGE STEPHEN RASLAVICH