United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15614-sr
Mary Stephanie Hood                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW           Page 1 of 1              Date Rcvd: Dec 01, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db             +Mary Stephanie Hood,    11 Melrose Avenue,    East Lansdowne, PA 19050-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net
              PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| MARY STEPHANIE HOOD, : | |
| : | Chapter 13 |
| Debtor. : | Bankruptcy Case No. 16-15614-sr |
| : | |
| Discover Bank, : | |
| Movant, : | 11 U.S.C. §1301 |
| v. : | |
| : | |
| MARY STEPHANIE HOOD, : | |
| Debtor, : | |
| : | |
| FREDERICK L. REIGLE, Trustee, : | |
| Additional Respondent. : | |

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

Discover Bank ("Discover"), having moved for relief from the co-debtor stay as provided in 11 U.S.C. §1301(a) with respect to a non-bankrupt co-obligor of student loan debt entered into by non-bankrupt co-obligor Leah E. Scandlen as primary borrower and the debtor Mary Stephanie Hood as co-borrower; and Discover and the Debtor having stipulated to entry of this Order, and the Trustee having signified his non-objection to the relief sought therein; and the Court noting the agreement of the parties, having found good cause to enter this Order.

**IT IS ORDERED** that the automatic stay provided in 11 U.S.C. §1301(a) is hereby vacated on consent with respect to Discover's rights and remedies vis-à-vis the non-bankrupt co-obligor Mary Stephanie Hood with respect to the subject student loan obligations.

Dated: **December 1, 2016**

_____
JUDGE STEPHEN RASLAVICH