**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Mary Stephanie Hood | : |
| | : |
| Debtor | : Bankruptcy No. 16-15614-sr |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the proof of claim filed on behalf of Bank of America by Debtor's counsel was sent to

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

by United States First Class Mail.

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**