UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mary Stephanie Hood, <br>       Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER <br> 16-15614/SR |
| Nationstar Mortgage LLC, <br>       Movant, <br> v. <br><br> Mary Stephanie Hood, <br>       Respondent/Debtor, <br><br> Frederick L. Reigle <br>       Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on September 8, 2016.

                                                Respectfully submitted,

Dated: February 6, 2017                  BY:/s/ Kevin S. Frankel
                                                Kevin S. Frankel, Esquire
                                                Shapiro & DeNardo, LLC
                                                3600 Horizon Drive, Suite 150
                                                King of Prussia, PA 19406
                                                (610)278-6800/ fax (847) 954-4809
S&D File #:16-054183                  PA BAR ID #318323
                                                pabk@logs.com