# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter **13** |
| | : | |
| **MARY STEPHANIE HOOD** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. **16-15614SR** |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Bank of America

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $$12,460.00 filed in your name by the Trustee


Dated: <u>February 3,2017</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK


By: Christina Jackson


Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)