United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-15614-sr
Mary Stephanie Hood                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 1           Date Rcvd: Feb 09, 2017
                         Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db             +Mary Stephanie Hood,    11 Melrose Avenue,    East Lansdowne, PA 19050-2527
13772916       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net
        PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter **13** |
| | : | |
| **MARY STEPHANIE HOOD** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. **16-15614SR** |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Bank of America

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $$12,460.00 filed in your name by the Trustee


Dated: February 3,2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Christina Jackson


Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)