## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Mary Stephanie Hood**                    :        **Chapter 13**
                                                      :        **Bankruptcy No.**
                                                      :        **16-15614-sr**

### ORDER

    **AND NOW,** to wit, this          day of            , 2017, upon consideration of
the foregoing Application for Compensation and Reimbursement of Expenses, it is
hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is
awarded $3,500.00 as the total legal fee for services performed and expenses incurred for
essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance
thereof, the sum of $2,000.00 from the estate to the extent provided by the confirmed
Plan.

**Dated: April 3, 2017**

_____
Honorable Stephen Raslavich
U.S. Bankruptcy Court Judge