United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15614-sr
Mary Stephanie Hood                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Apr 03, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db              +Mary Stephanie Hood,    11 Melrose Avenue,    East Lansdowne, PA 19050-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net
          PHILIP C. WARHOLIC   on behalf of Creditor   DISCOVER BANK PWarholic@jaffeandasher.com
          THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                            TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         **Mary Stephanie Hood**                    :         **Chapter 13**
                                                          :         **Bankruptcy No.**
                                                          :         **16-15614-sr**

**ORDER**

    **AND NOW,** to wit, this         day of              , 2017, upon consideration of
the foregoing Application for Compensation and Reimbursement of Expenses, it is
hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is
awarded $3,500.00 as the total legal fee for services performed and expenses incurred for
essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance
thereof, the sum of $2,000.00 from the estate to the extent provided by the confirmed
Plan.

**Dated: April 3, 2017**

_____
Honorable Stephen Raslavich
U.S. Bankruptcy Court Judge