**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **MARY STEPHANIE HOOD** | : | **BK. No. 16-15614 SR** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **DITECH FINANCIAL LLC** | : | |
| **Movant** | : | |
| v. | : | |
| **MARY STEPHANIE HOOD** | : | |
| **Respondent** | : | |

## PRAECIPE TO WITHDRAW THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges, filed on July 21, 2017, Claim 9.

    Respectfully submitted,

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

August 2, 2017

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| MARY STEPHANIE HOOD | : | BK. No. 16-15614 SR |
| Debtor | : | |
| | : | Chapter No. 13 |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| MARY STEPHANIE HOOD | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges on the parties at the addresses shown below or on the attached list on August 2, 2017.

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)  
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010  
READING, PA 19606

MARY S. HOOD  
11 MELROSE AVE  
LANSDOWNE, PA 19050

MICHAEL SETH SCHWARTZ, ESQUIRE  
707 LAKESIDE OFFICE PARK  
SOUTHAMPTON, PA 18966

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jerome Blank, Esquire  
Jerome Blank, Esq., Id. No.49736  
Phelan Hallinan Diamond & Jones, LLP  
1617 JFK Boulevard, Suite 1400  
One Penn Center Plaza  
Philadelphia, PA 19103  
Phone Number: 215-563-7000 Ext 31625  
Fax Number: 215-568-7616  
Email: jerome.blank@phelanhallinan.com

August 2, 2017