# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Mary Stephanie Hood | | CHAPTER 13 |
| | Debtor(s) | |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 16-15614 SR |
| Mary Stephanie Hood | Debtor(s) | |
| Frederick L. Reigle | Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this        day of            , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 1324 Locust Street, #604, Philadelphia, PA 19107 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

**Date: August 9, 2017**

_____
United States Bankruptcy Judge

Mary Stephanie Hood
11 Melrose Avenue
East Lansdowne, PA 19050

Michael Seth Schwartz, Esq.
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

Frederick L. Reigle
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532