## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:

**MARY STEPHANIE HOOD**                                    :                    **BK. No. 16-15614 SR**

          **Debtor**                                           :                    **Chapter No. 13**

                                         :

**THE BANK OF NEW YORK MELLON TRUST**                  :
**COMPANY, N.A., AS TRUSTEE FOR GMACM**                :
**HOME EQUITY LOAN TRUST 2007-HE2**                    :
               **Movant**                               :                    **11 U.S.C. §362**

               **v.**                                     :

**MARY STEPHANIE HOOD**                                    :

           **Respondent**

### ORDER MODIFYING §362 AUTOMATIC STAY

      **AND NOW**, this      day of           , 2017, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2007-HE2** (Movant), it is:

      **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1324 LOCUST ST #604, PHILADELPHIA, PA 19107**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2007-HE2** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Dated: September 13, 2017**

_____
     STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, (TRUSTEE)     UNITED STATES TRUSTEE     MARY STEPHANIE HOOD
2901 ST. LAWRENCE AVENUE        833 CHESTNUT STREET         1324 LOCUST STREET #604
P.O. BOX 4010                       SUITE 500                   PHILADELPHIA, PA 19107
READING, PA 19606             PHILADELPHIA, PA 19107

MICHAEL SETH SCHWARTZ, ESQUIRE   MARY STEPHANIE HOOD
707 LAKESIDE OFFICE PARK        11 MELROSE AVENUE
SOUTHAMPTON, PA 18966         EAST LANSDOWNE, PA 19050