United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary Stephanie Hood
    Debtor

Case No. 16-15614-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 13, 2017
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
db         +Mary Stephanie Hood,    11 Melrose Avenue,    East Lansdowne, PA 19050-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JEREMY JOHN KOBESKI    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
         MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net
         PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
         THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>**MARY STEPHANIE HOOD** | BK. No. 16-15614 SR |
| Debtor | Chapter No. 13 |
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2007-HE2**<br>Movant | 11 U.S.C. §362 |
| v. | |
| **MARY STEPHANIE HOOD**<br>Respondent | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this       day of             , 2017, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2007-HE2** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1324 LOCUST ST #604, PHILADELPHIA, PA 19107**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2007-HE2** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Dated: September 13, 2017**

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE

| | | |
|---|---|---|
| FREDERICK L. REIGLE, (TRUSTEE)<br>2901 ST. LAWRENCE AVENUE<br>P.O. BOX 4010<br>READING, PA 19606 | UNITED STATES TRUSTEE<br>833 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19107 | MARY STEPHANIE HOOD<br>1324 LOCUST STREET #604<br>PHILADELPHIA, PA 19107 |
| MICHAEL SETH SCHWARTZ, ESQUIRE<br>707 LAKESIDE OFFICE PARK<br>SOUTHAMPTON, PA 18966 | MARY STEPHANIE HOOD<br>11 MELROSE AVENUE<br>EAST LANSDOWNE, PA 19050 | |