| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-15614-AMC**

| | |
|---|---|
| MARY STEPHANIE HOOD | Petition Filed Date: 08/08/2016 |
| 11 MELROSE AVENUE | 341 Hearing Date: 10/28/2016 |
| EAST LANSDOWNE  PA    19050 | Confirmation Date: 03/08/2017 |

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $290.00 | | 02/11/2019 | $290.00 | | 03/06/2019 | $290.00 | |
| 04/11/2019 | $290.00 | | 05/14/2019 | $290.00 | | 06/12/2019 | $290.00 | |
| 07/09/2019 | $290.00 | | 08/08/2019 | $290.00 | | 09/16/2019 | $290.00 | |
| 10/16/2019 | $290.00 | 6257374000 | 11/12/2019 | $290.00 | 6321613000 | 12/09/2019 | $290.00 | 6393796000 |
| 01/13/2020 | $290.00 | 6478118000 | 02/18/2020 | $290.00 | 6567503000 | 03/19/2020 | $290.00 | 6649464000 |
| 04/13/2020 | $290.00 | 6706924000 | 05/18/2020 | $290.00 | 6794598000 | 06/16/2020 | $290.00 | 6869211000 |
| 07/10/2020 | $290.00 | 6932415000 | | | | | | |

**Total Receipts for the Period:  $5,510.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $13,920.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 11 | BANK OF AMERICA<br>»» 011 | Unsecured Creditors | $12,460.00 | $10,483.63 | $1,976.37 |
| 1 | DJP MORGAN CHASE LB PROCESSING<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DJP MORGAN CHASE LB PROCESSING<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DJP MORGAN CHASE LB PROCESSING<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DJP MORGAN CHASE LB PROCESSING<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DITECH FINANCIAL LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MICHAEL S SCHWARTZ ESQ<br>»» 012 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-15614-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,920.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $12,483.63 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,175.37 | Total Plan Base: | $17,400.00 |
| Funds on Hand: | $261.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.