Certificate Number: 15317-PAE-DE-035254398

Bankruptcy Case Number: 16-15614



15317-PAE-DE-035254398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 10, 2021</u>, at <u>10:56</u> o'clock <u>PM PST</u>, <u>Mary S Hood</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   January 10, 2021          By:   /s/Christel Raz

                                  Name: Christel Raz

                                  Title: Counselor