| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-15614-AMC**

MARY STEPHANIE HOOD  
11 MELROSE AVENUE  
EAST LANSDOWNE  PA     19050

Petition Filed Date: 08/08/2016  
341 Hearing Date: 10/28/2016  
Confirmation Date: 03/08/2017

Case Status: Completed on 5/12/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $290.00 | 6478118000 | 02/18/2020 | $290.00 | 6567503000 | 03/19/2020 | $290.00 | 6649464000 |
| 04/13/2020 | $290.00 | 6706924000 | 05/18/2020 | $290.00 | 6794598000 | 06/16/2020 | $290.00 | 6869211000 |
| 07/10/2020 | $290.00 | 6932415000 | 08/13/2020 | $290.00 | 7010154000 | 09/14/2020 | $290.00 | 7083904000 |
| 10/13/2020 | $290.00 | 7154080000 | 11/13/2020 | $290.00 | 7229171000 | 12/14/2020 | $290.00 | 7306689000 |
| 01/12/2021 | $290.00 | 7375776000 | 02/17/2021 | $290.00 | 7457884000 | 03/11/2021 | $290.00 | 7517111000 |
| 04/09/2021 | $290.00 | 7590457000 | 05/12/2021 | $290.00 | 7665026000 | | | |

**Total Receipts for the Period:  $4,930.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,820.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | BANK OF AMERICA »» 011 | Unsecured Creditors | $12,460.00 | $12,460.00 | $0.00 |
| 1 | DJP MORGAN CHASE LB PROCESSING »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DJP MORGAN CHASE LB PROCESSING »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DJP MORGAN CHASE LB PROCESSING »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DJP MORGAN CHASE LB PROCESSING »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DITECH FINANCIAL LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MICHAEL S SCHWARTZ ESQ »» 012 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

Chapter 13 Case No. 16-15614-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,820.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $14,460.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,404.47 | Total Plan Base: | $17,400.00 |
| Funds on Hand: | $955.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.