United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-15614-amc
Mary Stephanie Hood                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                           Page 1 of 3
Date Rcvd: Jul 27, 2021                       Form ID: 138NEW                                       Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#\#          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Stephanie Hood, 11 Melrose Avenue, East Lansdowne, PA 19050-2527 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13772914 | + | AES/Natl Col, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 13772913 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13772915 | + | Aes/pnc Natl City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13772916 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14495426 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13772920 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13857297 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13772921 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13776770 | + | Nationstar Mortgage LLC, c/o Joshua I. Goldman, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13806707 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14040613 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13772923 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 13855180 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 13811506 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2021 23:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 27 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13772917 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:29 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 13772918 | + | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:21:00 | Discover Financial Services, Po Box 3025, New Albany, OH 43054-3025 |
| 13780295 | + | Email/Text: DSLBKYPRO@discover.com | Jul 27 2021 23:21:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 13772922 | + | Email/Text: DSLBKYPRO@discover.com | Jul 27 2021 23:21:00 | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13831830 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13806708 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13772919 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor Ditech Financial LLC jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon Trust Company  NA etal paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon Trust Company  NA etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| PHILIP C. WARHOLIC | on behalf of Creditor DISCOVER BANK PWarholic@jaffeandasher.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 23

THOMAS I. PULEO
          on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Mary Stephanie Hood

    Debtor(s)

Bankruptcy No: 16−15614−amc

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/27/21

64 − 63
Form 138_new