United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15614-amc |
| Mary Stephanie Hood | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary Stephanie Hood, 11 Melrose Avenue, East Lansdowne, PA 19050-2527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| JEREMY J. KOBESKI | on behalf of Creditor Ditech Financial LLC jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon Trust Company  NA etal paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |

District/off: 0313-2                         User: admin                              Page 2 of 2

Date Rcvd: Sep 08, 2021                      Form ID: 195                             Total Noticed: 1

KRISTEN D. LITTLE
              on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com

MARIO J. HANYON
              on behalf of Creditor The Bank of New York Mellon Trust Company  NA etal wbecf@brockandscott.com,
              mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
              on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MICHAEL SETH SCHWARTZ
              on behalf of Debtor Mary Stephanie Hood msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com

PHILIP C. WARHOLIC
              on behalf of Creditor DISCOVER BANK PWarholic@jaffeandasher.com

SCOTT F. WATERMAN (Chapter 13)
              ECFMail@ReadingCh13.com

THOMAS I. PULEO
              on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Mary Stephanie Hood                          : Case No. 16−15614−amc
          Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 8,2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court